JAMES F. JORDAN III *v.* DIANA M. JORDAN

The defendant's petition for certification for appeal from the Appellate Court, 125 Conn. App. 207 (AC 31450), is denied.

*Diana M. Jordan,* pro se, in support of the petition.

Decided March 2, 2011

SHAWN CROCKER *v.* COMMISSIONER OF CORRECTION

The petitioner Shawn Crocker's petition for certification for appeal from the Appellate Court, 126 Conn. App. 110 (AC 30786), is denied.

*Mark M. Rembish,* special public defender, in support of the petition.

*James M. Ralls,* senior assistant state's attorney, in opposition.

Decided March 2, 2011

DARRELL ATKINSON *v.* COMMISSIONER OF CORRECTION

The petitioner Darrell Atkinson's petition for certification for appeal from the Appellate Court, 125 Conn. App. 632 (AC 30634), is denied.

*Edward G. McAnaney,* special public defender, in support of the petition.

*Richard K. Greenalch, Jr.,* special deputy assistant state's attorney, in opposition.

Decided March 16, 2011